**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00003-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHELLE KING LOPEZ,

    Defendant.

---

**ORDER REFERRING MATTER TO
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before the court is **Defendant's Unopposed Motion To Refer Matter To United States Magistrate Judge For Change of Plea and Sentencing** [#20], filed February 25, 2008. Pursuant to 18 U.S.C. § 3401(a), the court may designate the matter to a United States Magistrate Judge for Change of Plea and Sentence. The defendant is willing to waive her right to have the matters heard before a United States District Judge, pursuant to 18 U.S.C. § 3401(b).

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Defendant's Unopposed Motion To Refer Matter To United States Magistrate Judge For Change of Plea and Sentencing** [#20], filed February 25, 2008, is **GRANTED**; and

2. That the matter is referred to a United States Magistrate Judge for a change of plea and sentencing pursuant to 18 U.S.C. § 3401(a).

Dated February 27, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**